Mark A. Broughton, #079822
Brittany E. Hines, SBN 326312
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
mark@fresnocriminallawyer.com

Attorney for Defendant JORGE LUIS ARELLANO-GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>JORGE LUIS ARELLANO-GARCIA,<br><br>　　　Defendant. | Case No.: 1:18-CR-00245 DAD BAM<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

　　　IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Jorge Luis Arellano-Garcia, and Angela Scott, Assistant United States Attorney for the government, that the Sentencing Hearing currently scheduled for October 6, 2020 at 9:00 a.m., be continued to November 30, 2020 at 10:00 a.m., in Judge Dale A. Drozd's courtroom.

　　　The continuance is requested by counsel for the Defendant due to the fact that counsel requires additional time to review and discuss the PSR with Defendant.

///

///

Counsel for Defendant has spoken to the Assistant U.S. Attorney, Angela Scott, who has no objections to this continuance.

**IT IS SO STIPULATED.**

DATED:  September 30, 2020         /s/ Angela Scott
                                                         ANGELA SCOTT
                                              Assistant United States Attorney

**DATED:  September 30, 2020**         /s/Mark A. Broughton
                                              **MARK A. BROUGHTON**
                                              **Attorney for Jorge Luis Arellano-Garcia**

* * * * *

**ORDER**

IT IS SO ORDERED.

Dated:   **September 30, 2020**         _Dale A. Drozd_
                                              UNITED STATES DISTRICT JUDGE