Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
mark@fresnocriminallawyer.com

Attorney for Defendant JORGE LUIS ARELLANO-GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JORGE LUIS ARELLANO-GARCIA,<br><br>  Defendant. | Case No.: 1:18-CR-00245 DAD BAM<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

    IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Jorge Luis Arellano-Garcia, and Angela Scott, Assistant United States Attorney for the government, that the Sentencing Hearing currently scheduled for November 30, 2020 at 9:00 a.m., be continued to January 20, 2021 at 9:00 a.m., in Judge Dale A. Drozd's courtroom.

    The continuance is requested by counsel for the Defendant due to the fact that counsel requires additional time to review and discuss the PSR with Defendant.

///

///

1

Counsel for Defendant has spoken to the Assistant U.S. Attorney, Angela Scott, who has no objections to this continuance.

IT IS SO STIPULATED.

DATED: November 20, 2020    /s/ Angela Scott
ANGELA SCOTT
Assistant United States Attorney

DATED: November 20, 2020    /s/Mark A. Broughton
MARK A. BROUGHTON
Attorney for Jorge Luis Arellano-Garcia

\* \* \* \* \*

## ORDER

**IT IS SO FOUND AND ORDERED** that pursuant to the Stipulation of the parties, the currently scheduled Sentencing date of November 30, 2020 is continued to January 19, 2021 at 10:00am in courtroom 5.

IT IS SO ORDERED.

Dated: **November 20, 2020**

UNITED STATES DISTRICT JUDGE