Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
mark@fresnocriminallawyer.com

Attorney for Defendant JORGE LUIS ARELLANO-GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:18-CR-00245 DAD BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **JOINT STIPULATION TO CONTINUE** |
|  | ) **SENTENCING; AND ORDER** |
| JORGE LUIS ARELLANO-GARCIA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Jorge Luis Arellano-Garcia, and Angela Scott, Assistant United States Attorney for the government, that the Sentencing Hearing currently scheduled for January 20, 2021 at 9:00 a.m., be continued to May 5, 2021 at 9:00 a.m., in Judge Dale A. Drozd's courtroom.

The continuance is requested by counsel for the Defendant due to the fact that counsel requires additional time to review and discuss the PSR with Defendant.

///

///

Counsel for Defendant has spoken to the Assistant U.S. Attorney, Angela Scott, who has no objections to this continuance.

IT IS SO STIPULATED.

DATED: January 11, 2021            /s/ Angela Scott
                                   ANGELA SCOTT
                                   Assistant United States Attorney

DATED: January 11, 2021            /s/Mark A. Broughton
                                   MARK A. BROUGHTON
                                   Attorney for Jorge Luis Arellano-Garcia

\* \* \* \* \*

## ORDER

The sentencing hearing set for January 20, 2021 is continued to May 3, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 12, 2021**

_____
UNITED STATES DISTRICT JUDGE