PHILLIP A. TALBERT
Acting United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00245-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DEFENDANT JOSE LUIS ARELLANO-GARCIA'S SENTENCING HEARING |
| v. | |
| JOSE LUIS ARELLANO-GARCIA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant JOSE LUIS ARELLANO-GARCIA ("defendant"), by and through defendant's counsel of record, Mark Broughton, hereby stipulate as follows:

1. Defendant's sentencing hearing was previously scheduled for May 3, 2021 at 9:00 am.

2. Government counsel seeks a continuance to permit counsel to travel to a medical appointment for counsel's spouse.

3. Defense counsel does not object to the continuance.

//

//

4. The parties therefore respectfully request that the sentencing hearing for defendant be continued from Monday, May 3, 2021, to Tuesday, June 1, 2021.

IT IS SO STIPULATED.

Dated:  April 26, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ANGELA L. SCOTT
ANGELA L. SCOTT
Assistant United States Attorney

Dated:  April 26, 2021

/s/ per email authorization

MARK BROUGHTON
Counsel for Defendant
JOSE LUIS ARELLANO-GARCIA

//

//

## FINDINGS AND ORDER

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that defendant JOSE LUIS ARELLANO-GARCIA's sentencing hearing, currently set for May 3, 2021, is hereby vacated and continued to June 1, 2021 at 10:00 am.

IT IS SO ORDERED.

Dated:  **April 26, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE